Michael Weiler
*Pro Hac Vice*
mweiler@pricecaspino.com
PRICE CASPINO
30442 Esperanza
Rancho Santa Margarita, CA 92688
Telephone: (949) 899-9188

John W. Myers IV (#028422)
jmyers@beattymyers.com
BEATTY & MYERS, LLP
444 West Ocean Blvd., Suite 900
Long Beach, CA 90802
Telephone: (562) 606-1535

Attorneys for Plaintiffs KENDRA HOGUE and DON SHUMPERT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

KENDRA HOGUE, and DON SHUMPERT,

Plaintiffs,

vs.

MICHAEL J. BIDWILL; JEREMY WALLS; ARIZONA CARDINALS FOOTBALL CLUB, LLC, dba ARIZONA CARDINALS; and DOES 1 through 25, inclusive,

Defendants.

CASE NO.: 2:26-cv-03695-JCH

**PLAINTIFFS' NOTICE OF APPEAL**

///

///

Notice is hereby given that Plaintiffs KENDRA HOGUE and DON SHUMPERT ("Plaintiffs") in the above named case, hereby appeal to the United States Court of Appeals for the 9th Circuit from an order granting Defendants' Motion to Compel Arbitration entered in this action of the 5th day of October, 2026.

DATED: October 21, 2026

PRICE CASPINO

By: ______________________

Michael Weiler
Attorneys for Plaintiff Kendra Hogue & Don Shumpert

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Lisa Wilson*
Lisa Wilson