FILED

NOV 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KENDRA HOGUE and DON SHUMPERT,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>MICHAEL J. BIDWILL; et al.,<br><br>Defendants - Appellees. | No. 26-7160<br><br>D.C. No.<br>2:26-cv-03695-JCH<br>District of Arizona,<br>Phoenix<br><br>ORDER |

The conference previously scheduled for December 8, 2026, is canceled.

Appellants' motion to dismiss this appeal (Docket Entry No. 7) is granted. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Roxane Ashe
Chief Circuit Mediator